NOT FOR PUBLICATION (Doc. No. 50)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PRO-SPEC PAINTING, INC. | : | |
| Plaintiff, | : | Civil No. 09-533 (RBK/AMD) |
| v. | : | **ORDER** |
| PARSONS EVERGREENE, LLC, ZURICH AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER**, having come before the Court on the motion of Parsons Evergreene, Zurich American Insurance Company, Federal Insurance Company, and Fidelity and Deposit Company of Maryland ("Defendants") for settlement enforcement against Pro-Spec Painting, Inc. ("Plaintiff"), and the Court having considered the moving papers and responses thereto of all parties, and for the reasons expressed in the accompanying Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**, and Plaintiff shall immediately execute the Release and other settlement documents; and

**IT IS HEREBY FURTHER ORDERED** that Defendants' claim against Plaintiff for fees and costs is **DENIED**. The Clerk is **ORDERED** to close this case.

Date:  7/25/2012                                                                   /s/ Robert B. Kugler
                                                                  ROBERT B. KUGLER
                                                                  United States District Judge